**WILSON FORD TRACTOR v. MASSEY-FERGUSON, INC.**

[332 N.C. 662 (1992)]

WILSON FORD TRACTOR, INC., Plaintiff v. MASSEY-FERGUSON, INC.,
Defendant v. THURMAN ALLEN BASS and wife, BARBARA D. BASS,
Additional Party Defendants

No. 144PA92

(Filed 19 November 1992)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous opinion by the Court of Appeals, 105 N.C. App. 570, 414 S.E.2d 43 (1992), affirming the judgment of Brown (Frank R.), J., entered 20 November 1990 in the Superior Court, Wilson County. Heard in the Supreme Court 8 October 1992.

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, by Robin K. Vinson, for plaintiff-appellant and additional party defendant-appellants.*

*Everett, Everett, Warren & Harper, by Edward J. Harper, II, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice Meyer did not participate in the consideration or decision of this case.